Application **GRANTED**.  The initial pretrial conference scheduled for February 14, 2024, is adjourned to **April 3, 2024, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **March 27, 2024**.  So Ordered.

Dated: February 5, 2024
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

<u>VIA ECF</u>

Hon. Lorna G. Schofield, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

  RE: <u>Espinal v. Seattle Pacific University (No. 1:23-cv-11237-LGS)</u>
    <u>Joint Motion to Adjourn Initial Pretrial Conference</u>

Dear Judge Schofield:

  This law firm represents Defendant Seattle Pacific University ("SPU") in the above referenced matter. Our office was recently retained for this matter, and delivered a waiver of service to Plaintiff's counsel on January 30, 2024. Accordingly, SPU's deadline to answer or otherwise respond to the complaint is currently April 1, 2024.

  We write together with counsel for Plaintiff to request that the Court adjourn the initial pretrial conference currently scheduled for February 14, 2024, to a date following SPU's answer deadline. The parties are engaged in settlement discussions, which if successful will obviate SPU's need to respond to the complaint. Accordingly, adjourning the conference to after this date would enable all parties to avoid likely unnecessary attorneys' fees and focus their efforts on resolution.

  This is the parties' first request to adjourn the initial pretrial conference. Plaintiff consents to this request. Granting this request would not affect any other deadlines or appearances currently set in this matter. We thank the Court for its time and consideration of this request.

                Respectfully submitted,

                */s/ Erik P. Pramschufer*

                Erik P. Pramschufer

cc: All counsel of record (via ECF)

1270 Avenue of the Americas, Suite 2800 ◆ New York, NY 10020 ◆ Phone: (212) 980-7200 ◆ Fax: (212) 980-7292

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
51704399.1